381 A.2d 896

Commonwealth v. Kates, Appellant.

██ Argued September 12, 1977. Thomas B. Rutter, for appellant; Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.